**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SERENA BHADURI,

                    Plaintiff,

   -against-

GANNETT CO., INC., *d/b/a* USA TODAY;
ESTEE CROSS, *in her individual and professional*
*capacities*; ANNA RIDDLE, *in her individual and*
*professional capacities*,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 10789 (GBD)

GEORGE B. DANIELS, District Judge:

The May 7, 2020 status conference is adjourned to July 9, 2020 at 9:45 a.m.

Dated: April 21, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE